1 | HANSON BRIDGETT LLP
DOROTHY S. LIU - 196369
2 | dliu@hansonbridgett.com
JENICA D. MARIANI - 266982
3 | jmariani@hansonbridgett.com
425 Market Street, 26th Floor
4 | San Francisco, CA 94105
Telephone: (415) 777-3200
5 | Facsimile: (415) 541-9366

6 | PATTON BOGGS LLP
DOUGLAS MISHKIN - (D.C. Bar No. 338590)
7 | dmishkin@pattonboggs.com
2250 M St. NW
8 | Washington, DC 20037
Telephone: (202) 457-6020
9 | Facsimile: (202) 457-6482

10 | Gabriela B. Odell (State Bar No. 121480)
11 | LAWRENCE LIVERMORE NATIONAL SECURITY, LLC
7000 East Avenue, L-701
12 | Livermore, CA 94551
Telephone: (925) 423-1908
13 | Facsimile: (925) 423-2231

14 | Attorneys for Defendants
Lawrence Livermore National Security, LLC and
15 | George Miller

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kiran P. Atwal,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Lawrence Livermore National Security LLC, et al.,<br><br>　　　　　Defendants. | No. 3:11-cv-03030-EDL<br><br>**[PROPOSED] ORDER APPROVING WITHDRAWAL OF DOUGLAS MISHKIN AS COUNSEL OF RECORD**<br><br>**L.R. 11-5**<br><br>**Action Filed:** June 30, 2010<br>**Trial Date:** Not set |

1.

[Proposed] Order Approving Withdrawal of Douglas Mishkin as Counsel of Record - L.R. 11-5 (Case No. 3:11-cv-03030-EDL)

3094675.1

On July 13, 2011, Douglas Mishkin of Patton Boggs LLP, on behalf of Lawrence Livermore National Security, LLC and George Miller ("Defendants"), moved to withdraw as counsel of record for Defendants in the above-referenced matter. At that time, pursuant to Local Rule 11-5, Mr. Mishkin gave notice of his intent to withdraw as counsel to all parties who have appeared in this case.

The Court hereby orders that Mr. Mishkin is relieved from his role as counsel of record in the above-captioned matter. It is further ordered that Dorothy Liu and Jenica Mariani of Hanson Bridgett LLP substitute as counsel of record for Defendants in this action.

IT IS SO ORDERED.

DATED: July __14__, 2011



_____
Judge Elizabeth D. Laporte

2.

[Proposed] Order Approving Withdrawal of Douglas Mishkin as Counsel of Record - L.R. 11-5 (Case No. 3:11-cv-03030-EDL)

3094675.1