**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   KIRAN P. ATWAL,                              No. C-11-3030 MMC

12                Plaintiff,                      **ORDER ADVISING PARTIES
                                                  DEFENDANTS' MOTIONS FOR**
13      v.                                        **JUDGMENT ON THE PLEADINGS WILL
                                                  BE TREATED IN PART AS MOTIONS**
14   LAWRENCE LIVERMORE NATIONAL                  **FOR SUMMARY JUDGMENT;
     SECURITY, LLC, et al.,                       CONTINUING BRIEFING SCHEDULE**
15                                                **AND HEARING ON DEFENDANTS'**
                Defendants.                       **MOTIONS**
16   _____/

17

18        Before the Court are two motions for judgment on the pleadings, filed pursuant to

19   Rule 12(c) of the Federal Rules of Civil Procedure:  (1) defendant Lawrence Livermore

20   National Security, LLC's ("LLNS") motion, filed December 5, 2011; and (2) defendant

21   George Miller's motion, filed December 5, 2011.  Having read and considered the motions,

22   the Court finds the moving parties seek, in part, judgment based on "matters outside the

23   pleadings," and, consequently, the motions, to such extent, "must be treated as [motions]

24   for summary judgment under Rule 56."  See Fed. R. Civ. P. 12(d).

25        In particular, defendants argue that certain of plaintiff's claims, specifically, his

26   claims under 42 U.S.C. §§ 1983 and 1985 and his claim for defamation, are barred by the

27   applicable statutes of limitations.  In support thereof, defendants rely on a "Notice of Layoff"

28   dated May 22, 2008, advising plaintiff he "will be separated from employment . . . effective

1  . . . June 20, 2008." (See Defs.' Req. for Judicial Notice Ex. D.)  Although defendants

2  request the Court take judicial notice of said document, the Court is not satisfied

3  defendants have made a sufficient showing in that regard.

4          Accordingly, to the extent the motions seek judgment based on the statute of

5  limitations, the Court hereby advises the parties it will treat defendants' motions for

6  judgment on the pleadings as motions for summary judgment, and hereby EXTENDS the

7  briefing schedule and CONTINUES the hearing, as follows:

8          1.  No later than January 11, 2012, defendants shall file any declaration(s) in support

9  of their argument that the above-referenced three claims are time-barred.

10         2.  No later than January 27, 2012, plaintiff shall file any opposition to the motions,

11  and, to the extent the motions seek judgment based on the statute of limitations, shall file

12  evidence, if any exists, that establishes a triable issue of fact with respect to that defense.

13         3.  No later than February 10, 2012, defendants shall file any reply.

14         3. The hearing on the motions is continued from January 20, 2012 to February 24,

15  2012, at 9:00 a.m.

16         **IT IS SO ORDERED.**

17

18  Dated:  December 28, 2011

19                                              MAXINE M. CHESNEY
                                                United States District Judge

20

21

22

23

24

25

26

27

28

2