IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN P. ATWAL,<br><br>    Plaintiff,<br><br>  v.<br><br>LAWRENCE LIVERMORE NATIONAL SECURITY, LLC, et al.,<br><br>    Defendants.<br>_____/ | No. C-11-3030 MMC<br><br>**ORDER DISMISSING REMAINING CLAIMS WITH PREJUDICE; DIRECTIONS TO CLERK** |

By order filed February 16, 2012, the Court granted defendants' motions for judgment on the pleadings, construed in part as motions for summary judgment. In so doing, the Court (1) granted summary judgment in favor of defendants and against plaintiff as to plaintiff's claims alleging violations of 42 U.S.C. §§ 1983 and 1985, (2) granted judgment on the pleadings in favor of defendants and against plaintiff as to plaintiff's claim alleging a violation of 42 U.S.C. § 1982, and dismissed said claim without leave to amend, (3) granted judgment on the pleadings in favor of defendants and against plaintiff as to plaintiff's three remaining claims, specifically, his claims alleging violations of 42 U.S.C. § 1981 and Title VII and his state law claim for defamation, and dismissed said claims with leave to amend, and (4) afforded plaintiff leave to file, no later than March 9, 2012, a First Amended Complaint. Plaintiff has not filed a First Amended Complaint.

Accordingly, plaintiff's 42 U.S.C. § 1981, Title VII and defamation claims are hereby DISMISSED with prejudice.  As set forth above, all other claims in the complaint have been summarily adjudicated or dismissed by the Court's prior order.

Accordingly, the Clerk is DIRECTED to enter judgment in favor of defendants and against plaintiff, and to close the file.

**IT IS SO ORDERED.**

Dated:  March 29, 2012

MAXINE M. CHESNEY
United States District Judge