IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIRAN P. ATWAL,

        Plaintiff,

v.

LAWRENCE LIVERMORE NATIONAL SECURITY, LLC, et al.,

        Defendants.

No. CV-11-3030 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Plaintiff's 42 U.S.C. § 1981, Title VII and defamation claims are hereby DISMISSED with prejudice. All other claims in the complaint have been summarily adjudicated or dismissed by the Court's prior order.

Dated: March 29, 2012

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk